1  GREEN & HALL, A Professional Corporation
   HOWARD D. HALL, State Bar No. 145024
2    hdhall@greenhall.com
   KEVIN S. KIM, State Bar No. 275200
3    kkim@greenhall.com
   1851 East First Street, 10th Floor
4  Santa Ana, California 92705-4052
   Telephone: (714) 918-7000
5  Facsimile: (714) 918-6996

6  Attorneys for Defendant
   NATIONSTAR MORTGAGE LLC
7

8                UNITED STATES DISTRICT COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

10

| 11 | NISIM NEZI ARBIB and MICHAL FLORENCE ARBIB, | CASE NO. '14CV1439 WQHDHB |
|---|---|---|
| 12 | Plaintiffs, | [Formerly The Superior Court of California, San Diego County Case No. 37-2014-00015128] |
| 13 | vs. | |
| 14 | NATIONSTAR MORTGAGE LLC, a Delaware Company and DOES 1-10, | **NOTICE OF REMOVAL OF CIVIL ACTION BY DEFENDANT NATIONSTAR MORTGAGE LLC PURSUANT TO 28 U.S.C. SECTION 1441 [FEDERAL DIVERSITY JURISDICTION]** |
| 15 | | |
| 16 | Defendants. | |
| 17 | | ACTION FILED: May 12, 2014 |
| 18 | | ACTION REMOVED: June 13, 2014 |
| 19 | | |

20  **TO THE UNITED STATES DISTRICT COURT FOR THE**
21  **SOUTHERN DISTRICT OF CALIFORNIA:**
22      **PLEASE TAKE NOTICE** that, pursuant to 28 U.S.C. § 1441, Defendant
23  Nationstar Mortgage LLC ("Nationstar") hereby removes the action entitled *Nisim*
24  *Nezi Arbib et al. v. Nationstar Mortgage LLC,* Case No. 37-2014-00015128 filed in
25  the Superior Court of the State of California, County of San Diego (the "Action") to
26  the United States District Court for the Southern District of California.
27  ///
28  ///

# I.
# BACKGROUND

1. On May 12, 2014, Plaintiffs Nisim Nezi Arbib and Michal Florence Arbib ("Plaintiffs") filed the Action in California state court against Nationstar and unnamed doe defendants. *See* Plaintiffs' Complaint ("Complaint") attached as Exhibit 1 to Declaration of Kevin S. Kim in Support of Notice of Removal of Civil Action by Defendant Nationstar Mortgage LLC ("Kim Decl.").

2. Plaintiffs served the Complaint in the Action on Nationstar via personal service on May 15, 2014. *See* Kim Decl., ¶3. Based on the foregoing, Defendants have timely filed this Notice of Removal. *See* 28 U.S.C. § 1446.

# II.
# REMOVAL IS PROPER BASED ON THIS COURT'S DIVERSITY JURISDICTION

3. The Action may be removed to this Court by Nationstar pursuant to 28 U.S.C. § 1441(a). The Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332(a) because there is complete diversity among the parties and the amount in controversy exceeds $75,000, exclusive of interest and costs.

**Diversity of Citizenship**

4. Plaintiffs are, and at the time they filed the Complaint were, citizens of the State of California. *See* Complaint, ¶1; *see also* Kim Decl., ¶4.

5. Nationstar is not a citizen of California. For the purposes of determining diversity of citizenship, a limited liability company has the citizenship of its members. *See Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006); *GMAC Comm'l Credit LLC v. Dillard Dept. Stores, Inc.* 357 F.3d 827, 829 (8th Cir. 2004).

6. <u>Defendant Nationstar's Citizenship</u>: Defendant Nationstar is a citizen of Texas and Delaware. *See* Kim Decl., ¶5. Defendant Nationstar is a limited

liability company organized under Delaware law. *Id.* Nationstar's members are Nationstar Sub1LLC (with 99% ownership) and Nationstar Sub2LLC (with 1% ownership); both members are also Delaware limited liability companies. *Id.* Nationstar Sub1LLC and Nationstar Sub2LLC are both owned 100% by Nationstar Mortgage Holdings, Inc., a Delaware corporation. *Id.* Nationstar Mortgage Holdings, Inc.'s principal place of business is located at 350 Highland Drive, Lewisville, Texas 75067. *Id.*

7. <u>Doe Defendants</u>: The only other defendants in the caption are Does 1-10. *See* Kim Decl., ¶6. The citizenship of Doe Defendants are disregarded for purposes of determining whether removal is proper under 28 U.S.C. § 1332(a). 28 U.S.C. § 1441(b)(1); *see also Inglis v. D.R. Horton, Inc.*, 2008 WL 4997611 *2 (S.D. Cal. Nov. 24, 2008).

8. Further, upon information and belief, Does 1-10 have not been named or served as defendants in the Action; thus, their consent to removal is not required. *See* Kim Decl., ¶7; *see also Emrich v. Touche Ross & Co.*, 846 F.2d 1190, 1193 n.1 (9th Cir. 1988) (stating that the requirement for consent applies "only to defendants properly joined and served in the action"), *Salveson v. Western States Bankcard Ass'n*, 731 F.2d 1423, 1428 (9th Cir. 1984), *overruled on other grounds by Ethridge v. Harbor House Restaurant*, 861 F.2d 1389 (9th Cir. 1988).

**Amount in Controversy**

9. The amount in controversy in this Action exceeds $75,000, satisfying the requirement of 28 U.S.C. Section 1332(a). Here, Plaintiffs set forth two causes of action in connection with their alleged attempt to obtain a loan modification regarding the property located at 2815 Santa Fe Vista Court, Encinitas, California 92024 ("Subject Property"). *See generally*, Complaint. Critically, Plaintiffs seek injunctive relief to enjoin the non-judicial foreclosure of the Subject Property. *See* Complaint, ¶¶ 21-24, Prayer for Relief, Section 1; *see also* Kim Decl., ¶8. "In actions seeking … injunctive relief, it is well established that the amount in

controversy is measured by the value of the object of the litigation." *Hunt v. Wash. State Apple Adver. Comm'n*, 432 U.S. 333, 347, 97 S.Ct. 2434, 53 L.Ed.2d 383 (1977); *see also Cohn v. Petsmart*, 281 F.3d 837, 840 (9th Cir.2002). "If the primary purpose of a lawsuit is to enjoin a bank from selling or transferring property, then the property is the object of the litigation." *Reyes v. Wells Fargo Bank, N.A.*, 2010 WL 2629785 *4 (N.D. Cal. June 29, 2010)(citing *Garfinkle v. Wells Fargo Bank*, 483 F.2d 1074, 1076 (9th Cir.1973)); *see also Cabriales v. Aurora Loan Servs.*, 2010 WL 761081 *3 (N.D. Cal. Mar. 2, 2010) (determining property value as the object of litigation where plaintiff sought to enjoin foreclosure sale). As Plaintiffs allege in their Complaint and is confirmed by the deed of trust executed in connection with Plaintiffs' mortgage loan, Plaintiffs borrowed $1,200,000 "to buy the [Subject] Property." *See* Complaint, ¶5; *see also* Deed of Trust attached as Exhibit "2" to Kim Decl., ¶8. Accordingly, the value of the Subject Property well-exceeds $75,000. *See Cabriales*, 2010 WL 761081 *3 (determining amount in controversy requirement satisfied based on the amount of loan secured to purchase property); *Zepeda v. U.S. Bank, N.A.*, 2011 WL 4351801 *3, 4 (C.D. Cal. Sept. 16, 2011) (same).

10. In addition to injunctive relief, Plaintiffs seek unspecified "actual damages" and the greater of "treble damages or up to $50,000," which combined with the value of the Subject Property well-exceeds $75,000. *See* Complaint, Prayer for Relief Sections 2 and 3. Accordingly, for the reasons set forth above, the amount in controversy in this Action is sufficiently in excess of $75,000 as required under 28 U.S.C. Section 1332(a).

### III.

### Procedural Requirements

11. Removal to this venue is proper under 28 U.S.C. § 1441(a). The Superior Court of the State of California, County of San Diego is located within the

1  Southern District of California and thus, the Court is "the district and division
2  embracing the place where such action is pending." 28 U.S.C. § 1441(a).
3      12.    Pursuant to 28 U.S.C. § 1446(a), Exhibit "1" consists of all of the
4  documents that Nationstar has obtained that were filed in the Action. *See* Kim
5  Decl., ¶9.
6      13.    Pursuant to 28 U.S.C. § 1446(d), Nationstar is contemporaneously
7  filing a copy of this Notice of Removal with the Clerk of the Superior Court of the
8  State of California, County of San Diego, and Nationstar will promptly serve
9  Plaintiffs with copies of this Notice of Removal and the notice filed in state court.
10 *See* Exhibit "3" to Kim Decl., ¶10.
11 DATED: June 13, 2014        GREEN & HALL, A Professional Corporation

By:    /s/ Kevin S. Kim
     Howard D. Hall
     Kevin S. Kim
    Attorneys for
    NATIONSTAR MORTGAGE LLC

[Formerly The Superior Court of California, San Diego County Case No. 37-2014-00015128]

5

NOTICE OF REMOVAL

P:\DOCS\Nationstar.Arbib\Pleadings\Notice of Removal.docx